SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
737 Tehama Street, No. 3
San Francisco, CA. 94103
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
Email: scott@sugarmanandcannon.com

Attorneys for Defendant
    BENJAMIN GUILLORY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN GUILLORY,<br><br>    Defendant. | No. CR 12-0056 JSW<br><br>**STIPULATION TO CONTINUE STATUS ON PRELIMINARY REVOCATION HEARING AND ARRAIGNMENT ON AMENDED FORM 12 AND ORDER (AS MODIFIED)**<br><br>DATE: October 4, 2022<br>TIME: 10:30 a.m. |

    On September 21, 2022, the Court arraigned Mr. Guillory in custody on a Form 12 report. The Probation Officer informed the Court that an Amended Form 12 would be filed based on Mr. Guillory's arrest for misdemeanor offenses in San Mateo County. The Court set a hearing for October 4, 2022, for Mr. Guillory's arraignment on the Amended Form 12.

    United States Probation Officer Brown advised defense counsel today that she still has not received those San Mateo County records and thus will not be able to prepare and file an Amendment Form 12 by October 4, 2022. She requests a continuance.

    The parties STIPULATE to vacate the October 4, 2022, status on preliminary revocation hearing and arraignment on an amended Form 12 and to continue that status on preliminary revocation hearing and arraignment on Tuesday, October 18, 2022 at 10:30 a.m.

1

IT IS SO STIPULATED.

Dated: _____/s/_____
SCOTT A. SUGARMAN
Counsel for Defendant Benjamin Guillory

Dated: _____/s/_____
KEVIN BARRY
Assistant United States Attorney

IT IS SO ORDERED AS MODIFIED.

The status on preliminary revocation hearing and arraignment on amended Form 12 set for October 4, 2022, is vacated and re-set for October 18, 2022, at 10:30 a.m.

DATE: September 29, 2022

IT IS SO ORDERED
*Judge Donna M. Ryu*

_____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE