UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

**DATE**: July 8, 2025

**TIME IN COURT**: 2 Minutes

**JUDGE**: JEFFREY S. WHITE

**COURTROOM DEPUTY**: Nicole Hall

**COURT REPORTER**: Stephen Franklin

**CASE NO.**: 12-cr-00056-JSW-1

**TITLE**: United States of America    v.    Guillory
☒ Present   ☐ Not Present   ☐ In-Custody

**U.S. ATTORNEY**:
Kevin Barry

**DEFENSE COUNSEL**:
Amy Craig

**PROBATION**: Kevin Maynor

## PROCEEDINGS

**RESULT OF HEARING**: Status Conference Re: Supervised Release Violation

Matter is continued to October 14, 2025, at 1:00 p.m. for a further Status Conference.
A Joint Status Report is due no later than October 7, 2025.